IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RICHARD WILLIAM NEICE                                                                PLAINTIFF

v.                                      Case No. 2:24-cv-2014

STATE OF ARKANSAS, *et al.*                                                       DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 13. Judge Ford recommends that Plaintiff's Second Amended Complaint (ECF No. 10) be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2) for failing to prosecute this matter to obey orders of the Court, respectively.

Plaintiff has not objected to the R&R and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the R&R (ECF No. 13) *in toto*. Plaintiff's Second Amended Complaint (ECF No. 10) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 10th day of May, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge